AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JONATHAN ACOSTA | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 9, 2020 _____ in the county of _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 1752(a)(1) | Entering or Remaining in Restricted Grounds |
| 22 DC Code 3302(b) | Unlawful Entry Public Property |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wyatt Kain, USSS Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** _____ (specify reliable electronic means).

Date: _____ 04/10/2020 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____      Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*